IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RODNEY LEON WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-668C |
| | ) | (Judge Christine Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including January 14, 2008, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on November 13, 2007. This is our first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff opposes this request.

A 60-day enlargement is also needed to provide the defendant adequate time to properly respond to the complaint. Defendant has sent to the United States Coast Guard ("USCG") a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Additional time is needed for the USCG to gather and review any information necessary for preparation of the USCG's litigation report and suggested response to the complaint. The USCG has been working diligently to compile the necessary documents but it

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

has required them to contact and obtain documents from various offices. Once the information gathering process is complete, the USCG will require time to prepare the requested litigation report and suggested response to the complaint, and to deliver to defendant's counsel the litigation report and suggested response to the complaint.

Once the litigation report is received, defendant's counsel will need sufficient time to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from the USCG, and prepare and file the Government's response to the complaint, following mandatory supervisory review.

For these reasons, defendant respectfully requests that the Court grant its motion for a 60-day enlargement of time within which to file its response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Donald Kinner
DONALD KINNER
Assistant Director

/s Courtney E. Sheehan
COURTNEY E. SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

November 13, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 13th day of November, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was sent via first-class mail, postage prepaid to the following:

Rodney Leon Wright
5538 Carriage Walk Way
Stone Mountain, GA 30087

s/ Courtney E. Sheehan